| AO 10 Rev. 1/2018 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2017 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Warren, David M. | 2. Court or Organization<br><br>U.S. Bankruptcy Court - Eastern District of North Carolina | 3. Date of Report<br><br>5/15/2018 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Bankruptcy Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2017<br>to<br>12/31/2017 |

**7. Chambers or Office Address**

Century Station Post Office and Courthouse
300 Fayetteville Street, Room 323
Raleigh, NC 27601-1749

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Chairman | FRMT, Ltd. |
| 2. | Chairman | Turner W. Battle Scholarship Trust (Rocky Mount Academy) |
| 3. | Director | Paramount Condominium Homeowners Association, Inc. |
| 4. | President | 9 Shearwater Street Condominium Owners Association, Inc. |
| 5. | Manager | 9 Shearwater LLC |
| 6. | Manager | Roof jumpers LLC |
| 7. | Manager | McLash LLC |
| 8. | Adjunct Professor | Norman A. Wiggins School of Law (Campbell University) |
| 9. | Co-Executor | Decedant's Estate #1 |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1/1/1991 | Poyner Spruill LLP Retirement Plan, former law firm. This is a qualifed pension plan that was discontinued in approximately 1991. |
| 2. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Warren, David M. | 5/15/2018 |

3.

| Name of Person Reporting | Date of Report |
|---|---|
| Warren, David M. | 5/15/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 9/18/2017 | Campbell University -Salary | $2,500.00 |
| 2. 10/14/2017 | Campbell University-Salary | $2,500.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2017 | Womble Bond Dickinson US LLP- Salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Kappa Alpha Order Educational Foundation | 4/20-21/2017 | Houston, TX | Board Meeting | transporation, lodging food |
| 2. | Eastern Bankruptcy Institute, Inc. | 6/1-3/2017 | Myrtle Beach, SC | Seminar | transportation, lodging, food |
| 3. | FRMT Ltd. | 6/8-9/2017 | Indianapolis, IN | Board Meeting | transportation, lodging, food |
| 4. | Kappa Alpha Order | 8/2-6/2018 | St. Louis, MO | Board Meeting/Convention | transportation, lodging, food |
| 5. | National Conference of Bankruptcy Judges | 10/8-12/2017 | Las Vegas, NV | Annual Meeting | lodging |

| Name of Person Reporting | Date of Report |
|---|---|
| Warren, David M. | 5/15/2018 |

| | | | | |
|---|---|---|---|---|
| 6. | N.C. Bar Association | 11/30/2017-12/1/2107 | Asheville, NC | NC Bar Association Annual Bankruptcy Institute | transportation, lodging, food |

| Name of Person Reporting | Date of Report |
|---|---|
| Warren, David M. | 5/15/2018 |

| Name of Person Reporting | Date of Report |
|---|---|
| Warren, David M. | 5/15/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

**✔** NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Sound Bank | Personal Guaranty on Loan to a Limited Liability Company | M |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Warren, David M. | 5/15/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Purchasee Money Mortgage Held by LLC | D | Dividend | L | T | | | | | |
| 2. Rental Raleigh, Wake County, NC (50% interest) | D | Rent | M | W | | | | | |
| 3. House, Investment, Littleton, NC (50% interest) | | None | O | W | | | | | |
| 4. House, Wrightsville Beach, NC (1/3 interest) | | None | N | W | | | | | |
| 5. Northwestern Mutual Life Whole Life Policy | C | Dividend | M | T | | | | | |
| 6. National Life Whole Life Policy | B | Dividend | K | T | | | | | |
| 7. Mutual Trust Whole Life Policy | A | Dividend | K | T | | | | | |
| 8. Allergan PLC (AGN) | A | Dividend | | | Sold | 03/10/17 | K | B | |
| 9. | A | Dividend | K | T | Buy | 09/26/17 | K | | |
| 10. Anheuser-Busch Inbev (BUD DIRA | B | Dividend | K | T | | | | | |
| 11. Boeing (BA) DIRA | B | Dividend | L | T | | | | | |
| 12. Boston Beer Company (SAM)DIRA | A | Dividend | | | Sold | 12/11/17 | K | A | |
| 13. Clorox (CLX) DIRA | B | Dividend | L | T | | | | | |
| 14. Coca Cola (KO) DIRA | B | Dividend | K | T | | | | | |
| 15. Conagra Foods (CAG) DIRA | A | Dividend | K | T | | | | | |
| 16. Cummins (CMI) DIRA | B | Dividend | K | T | | | | | |
| 17. Dieago (DEO) DIRA | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Warren, David M. | 5/15/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Eaton Corp (ETN) DIRA | B | Dividend | K | T | | | | | |
| 19. Emerson Electric (EMR) DIRA | A | Dividend | K | T | | | | | |
| 20. Exxon Mobil (XOM) DIRA | B | Dividend | K | T | | | | | |
| 21. General Electric (GE) DIRA | A | Dividend | K | T | | | | | |
| 22. General Mills (GIS) DIRA | A | Dividend | K | T | | | | | |
| 23. Hain Celestial Group (HAIN) DIRA | | None | | | Sold | 09/05/17 | K | A | |
| 24. Heineken (HEINY) DIRA | A | Dividend | K | T | | | | | |
| 25. Hershey Company DIRA | A | Dividend | K | T | | | | | |
| 26. Honeywell (HON) DIRA | A | Dividend | K | T | | | | | |
| 27. Johnson & Johnson (JNJ) DIRA | B | Dividend | K | T | | | | | |
| 28. Johnson Controls (JCI) DIRA | A | Dividend | K | T | Buy | 02/22/17 | K | | |
| 29. Kellogg (K) DIRA | B | Dividend | K | T | | | | | |
| 30. Kimberly-Clark (KMB) DIRA | A | Dividend | K | T | | | | | |
| 31. Kraft Heinze Company (KHC)DIRA | B | Dividend | K | T | | | | | |
| 32. Leggett & Platt (LEG) DIRA | A | Dividend | K | T | Buy | 09/18/17 | K | | |
| 33. Martin Marietta Materials (MLM) DIRA | A | Dividend | K | T | Buy | 09/18/17 | K | | |
| 34. McCormick & Co. (MCK) DIRA | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Warren, David M. | 5/15/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Monsanto Company (MON) DIRA | A | Dividend | | | Sold | 09/07/17 | K | C | |
| 36. 3 M (MMM) DIRA | B | Dividend | K | T | | | | | |
| 37. Nestle (NSRGY) DIRA | B | Dividend | K | T | | | | | |
| 38. Pepsico (PEP) DIRA | B | Dividend | L | T | | | | | |
| 39. Proctor & Gamble (PG) DIRA | B | Dividend | K | T | | | | | |
| 40. Royal Dutch Shell (RDSB) DIRA | B | Dividend | K | T | | | | | |
| 41. Smucker (SJM) DIRA | A | Dividend | K | T | | | | | |
| 42. Snyders-Lance (LNCE) DIRA | A | Dividend | | | Sold | 08/11/17 | K | D | |
| 43. Unilever PLC (UN) DIRA | A | Dividend | K | T | | | | | |
| 44. United Technologies (UTX) DIRA | B | Dividend | L | T | | | | | |
| 45. Verizon (VZ) DIRA | B | Dividend | K | T | Buy | 07/07/17 | K | | |
| 46. Fidelity Cash Reserves DIRA | A | Dividend | L | T | | | | | |
| 47. | | | | | | | | | |
| 48. Boston Beer Company (SAM) DAmeri | A | Dividend | | | Buy | 04/12/17 | J | | |
| 49. | | | | | Sold | 04/28/17 | J | B | |
| 50. First Citizens Bank A DAmeri | A | Dividend | K | T | | | | | |
| 51. First Citizens Bank B Preferred DAmeri | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Warren, David M. | 5/15/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. General Mills (GIS) DAmeri | A | Dividend | J | T | Buy | 08/17/17 | J | | |
| 53. Kellogg (K) DAmeri | A | Dividend | J | T | Buy | 08/17/17 | J | | |
| 54. Kinder Morgan (KMI) BenIRA | A | Dividend | | | Sold | 01/05/17 | K | B | |
| 55. Hercules Capital (HTGC) DAmeri | A | Dividend | | | Sold | 01/09/17 | K | A | |
| 56. Kinder Morgan (KMI) DAmeri | A | Dividend | | | Sold | 01/05/17 | K | A | |
| 57. Royal Bank of Canada (RY) DAmeri | A | Dividend | | | Sold | 01/04/17 | J | A | |
| 58. Snyders Lance (LNCE) DAmeri | A | Dividend | | | Buy | 04/24/17 | J | | |
| 59. | | | | | Sold | 08/15/17 | J | B | |
| 60. Amerprise Insured Money Market DAmeri | A | Interest | J | T | | | | | |
| 61. | | | | | | | | | |
| 62. Fidelity Equity Income/Cash Reserves (DMW/MMW) | A | Dividend | | | Merged (with line 79) | 01/02/17 | J | | |
| 63. | | | | | | | | | |
| 64. American Electic & Power (AEP) BenIRA | C | Dividend | M | T | | | | | |
| 65. Anheuser Busch Inbev (BUD) BenIRA | C | Dividend | L | T | Buy | 02/10/17 | L | | |
| 66. Coca Cola (KO) BenIRA | C | Dividend | L | T | Buy | 02/10/17 | L | | |
| 67. Duke Energy (DUK) BenIRA | B | Dividend | | | Sold | 03/09/17 | L | A | |
| 68. Exelon (EXC) BenIRA | C | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Warren, David M. | 5/15/2018 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. FirstEnergy (FE) BenIRA | B | Dividend | L | T | | | | | |
| 70. General Mills (GIS) BenIRA | B | Dividend | L | T | Buy | 03/28/17 | L | | |
| 71. Hercules Capital (HTGC) BenIRA | A | Dividend | | | Sold | 02/07/17 | M | A | |
| 72. Kellogg (K) BenIRA | A | Dividend | K | T | Buy | 02/23/17 | K | | |
| 73. Kinder Morgan (KMI) BenIRA | A | Dividend | J | T | | | | | |
| 74. Royal Bank of Canada (RY) BenIRA | A | Dividend | | | Sold | 02/07/17 | M | E | |
| 75. Smucker (SJM) BenIRA | B | Dividend | L | T | Buy | 03/28/17 | L | | |
| 76. Davenport Money Market BenIRA | A | Int./Div. | | | Sold | 01/31/17 | K | B | |
| 77. Fidelity Government Cash Reserves BenIRA | A | Dividend | L | T | Buy | 02/01/17 | K | | |
| 78. | | | | | | | | | |
| 79. Fidelity Equity Income (MMW) | A | Dividend | J | T | | | | | |
| 80. | | | | | | | | | |
| 81. Fidelity Equity Income (KLB) | A | Dividend | J | T | | | | | |
| 82. | | | | | | | | | |
| 83. Vanguard Mutual Fund (401k) merge with Fidelity 2/2018 | A | Dividend | J | T | | | | | |
| 84. | | | | | | | | | |
| 85. Allegion (ALLE) KLBIRA | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Warren, David M. | 5/15/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Anheuser-Busch Inbev (BUD) KLBIRA | A | Dividend | J | T | | | | | |
| 87. Apple (AAPL) KLBIRA | A | Dividend | J | T | | | | | |
| 88. Boston Beer Company (SAM) KLBIRA | A | Dividend | | | Sold | 12/11/17 | J | A | |
| 89. Campbell Soup (CPB) KLBIRA | A | Dividend | J | T | | | | | |
| 90. Clorox (CLX) KLBIRA | A | Dividend | J | T | | | | | |
| 91. Coco Cola (KO) KLBIRA | A | Dividend | J | T | | | | | |
| 92. Conagra (CAG) KLBIRA | A | Dividend | K | T | | | | | |
| 93. Cummins Inc. (CMI) KLBIRA | A | Dividend | J | T | | | | | |
| 94. DowDupont(DWDP) KLBIRA | A | Dividend | J | T | | | | | |
| 95. Eaton (ETN) KLBIRA | A | Dividend | J | T | | | | | |
| 96. Exxon Mobil (XOM) KLBIRA | A | Dividend | J | T | | | | | |
| 97. General Electric (GE) KLBIRA | A | Dividend | J | T | | | | | |
| 98. Honeywell (HON) KLBIRA | A | Dividend | J | T | | | | | |
| 99. Ingersoll-Rand PLC (IR) KLBIRA | A | Dividend | J | T | | | | | |
| 100. Kellogg (K) KLBIRA | A | Dividend | J | T | | | | | |
| 101. Kimberly Clark (KMB) KLBIRA | A | Dividend | J | T | | | | | |
| 102. 3M Company (MMM) KLBIRA | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Warren, David M. | 5/15/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. McCormick & Co. (MKC) KLBIRA | A | Dividend | J | T | | | | | |
| 104. Nestle (NSRGY) KLBIRA | A | Dividend | J | T | | | | | |
| 105. Pepsico (PEP) KLBIRA | A | Dividend | J | T | | | | | |
| 106. Proctor & Gamble (PG) KLBIRA | A | Dividend | J | T | | | | | |
| 107. Seimens (SIEGY) KLBIRA | A | Dividend | J | T | | | | | |
| 108. Snyders Lance (LNCE) KLBIRA | A | Dividend | | | Sold | 08/11/17 | J | C | |
| 109. Smucker (SJM) KLBIRA | A | Dividend | J | T | Buy | 10/10/17 | J | | |
| 110. Sonoco (SON) KLBIRA | A | Dividend | J | T | Buy | 10/10/17 | J | | |
| 111. Unilever (UL) KLBIRA | A | Dividend | J | T | | | | | |
| 112. United Technologies (UTX) KLBIRA | A | Dividend | J | T | | | | | |
| 113. Fidelity Government Cash Reserves KLBIRA | A | Dividend | J | T | | | | | |
| 114. | | | | | | | | | |
| 115. Estate #1 (H) | | | | | | | | | |
| 116. -Duke Energy | A | Dividend | | | Distributed | 01/26/17 | J | | |
| 117. | | | | | Sold | 03/15/17 | J | B | |
| 118. -Cenovus Energy | A | Dividend | | | Distributed | 01/26/17 | J | | |
| 119. -Encana Corp. | A | Dividend | | | Distributed | 01/26/17 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Warren, David M. | 5/15/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Sold | 04/05/17 | J | A | |
| 121. - Royal Bank of Canada | B | Dividend | | | Distributed | 01/31/17 | J | | |
| 122. | | | | | Sold | 02/09/17 | J | A | |
| 123. -Clinic Building Stock | A | Dividend | | | Closed | 01/06/17 | J | | |
| 124. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Warren, David M. | 5/15/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part I

Line 2: The Turner W. Battle Scholarship Trust is an asset of Rocky Mount Academy. David M. Warren has no ownership interest in the funds of approximartely $500,000. The interest from the principal is used to fund educational scholarships for students attending Rocky Mount Academy in Rocky Mount, NC.

Line 9: The decedent's estate was closed December 13, 2017, and David M. Warren no longer holds this position.

Part II:

Line 1: The Poyner Spruill LLP Retirement Plan (pension) is currently underfunded but is insured by the Pension Benefit Guaranty Corp. David M. Warren does not have information on the performance of the pension plan and has not made contributions or withdrawals. He has no liability for its performance. The entry regarding this asset was removed from Part VII (listed in 2014 on line 8) as it is correctly reported as a pension interest in Part II.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ David M. Warren**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544